**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BLACKBIRD TECH LLC d/b/a BLACKBIRD TECHNOLOGIES,<br><br>    Plaintiff,<br><br>v.<br><br>LIGHTING SCIENCE GROUP CORPORATION,<br><br>    Defendant. | C.A. No. 19-cv-00404-RGA |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is stipulated and agreed that the above-captioned action is dismissed with prejudice. It is further stipulated and agreed that each party will bear its own costs, expenses, and attorneys' fees.

Dated: June 6, 2019

| | |
|---|---|
| STAMOULIS & WEINBLATT LLC | POTTER ANDERSON & CORROON LLP |
| */s/ Stamatious Stamoulis* | */s/Philip A. Rovner* |
| Stamatios Stamoulis #4606 | Philip A. Rovner (#3215) |
| stamoulis@swdelaw.com | Jonathan A. Choa (#5319) |
| Richard C. Weinblatt #5080 | Hercules Plaza, 6th Floor |
| weinblatt@swdelaw.com | 1313 N. Market Street |
| 800 N. West Street, Third Floor | Wilmington, DE 19801 |
| Wilmington, DE 19801 | Tel: (302) 984-6000 |
| Telephone: (302) 999-1540 | provner@potteranderson.com |
| | jchoa@potteranderson.com |
| ***Attorneys for Plaintiff*** | |
| **Blackbird Tech LLC d/b/a** | ***Attorneys for Defendant*** |
| **Blackbird Technologies** | **Lighting Science Group Corporation** |

SO ORDERED this ___ day of _____, 2019

_____
UNITED STATES DISTRICT JUDGE